# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| YVONNE ORNELAS, | Case No. 1:17-cv-01033-LJO-EPG-HC |
|---|---|
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING MOTION FOR STAY, DISMISSING UNEXHAUSTED CLAIMS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |
| v. | |
| HUDNALL, Respondent. | |
| | (ECF Nos. 6, 21) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 20, 2017, the Magistrate Judge issued Findings and Recommendation that recommended denial of Petitioner's motion for stay and dismissal of the unexhausted claims. (ECF No. 21). On November 20, 2017, Petitioner "accepted the recommendation to delete the unexhausted claims in the petition and will proceed with the one exhausted claim." (ECF No. 22 at 1).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendation.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on October 20, 2017 (ECF No. 21) is ADOPTED IN FULL;
2. Petitioner's motion for stay (ECF No. 6) is DENIED;
3. Petitioner is allowed to proceed with the exhausted claim of the petition; and
4. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **November 29, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE